**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAREN O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SPEEDWAY SUPERAMERICA LLC,<br>Individually and d/b/a<br>SPEEDWAY; and SPEEDWAY LLC,<br>d/b/a SPEEDWAY #06766,<br><br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 20-1453 |

**O R D E R**

AND NOW, this 30th day of July, 2021, upon consideration of Defendant Speedway LLC's Motion for Summary Judgment (Doc. No. 10) and Plaintiff's Response in Opposition thereto (Doc. No. 11), it is hereby ORDERED that Defendant's Motion is DENIED for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.